# Exhibit 2

Charted Claims:

Non-Method Claim: 18

| US9652023B2 | Carmax ("Defendant") |
|---|---|
| 18. A vehicle communication system comprising: a mobile communication device movable by a user in and out of a vehicle; and | The accused product consists of a vehicle communication system comprising: a mobile communication device (e.g., cell phone linked with a vehicle's infotainment system) movable by a user in and out of a vehicle (e.g., vehicle with built-in infotainment system).<br><br>As shown below, the defendant sells, and offers for sale, Chrysler Pacifica ("accused product") through its website, www.carmax.com. The accused product comprises an infotainment system, Uconnect 5, powered by AAOS. The system can be paired with a user's mobile phone and controlled through the corresponding mobile application. |



https://www.carmax.com/



https://www.carmax.com/car-detail/28571734



https://www.chrysler.com/uconnect.html



https://media.stellantisnorthamerica.com/newsrelease.do?id=25239&mid=102



https://www.chrysler.com/uconnect/features/phone.html



https://www.driveuconnect.com/



https://www.chrysler.com/uconnect/systems/2024/UBG.html

| a control unit in the vehicle, the control unit having an OFF state, an ON state, and a LOW POWER state, the control unit comprising: a wireless communication module communicating wirelessly with the mobile communication device; and | The accused product comprises a control unit (e.g., infotainment system) in the vehicle (e.g., vehicle with built-in infotainment system), the control unit having an OFF state (e.g., Off state), an ON state (e.g., Wait for VHAL and ON state), and a LOW POWER state (e.g., Suspend State), the control unit (e.g., infotainment system) comprising: a wireless communication module (e.g., 4G, Wi-Fi module) communicating wirelessly with the mobile communication device (e.g., cell phone linked with a vehicle's infotainment system). As shown below, the accused product features the Uconnect 5 infotainment system, which is powered by AAOS. The system is managed by an application processor within the infotainment unit. Furthermore, AAOS implements a power policy that governs the operation of this processor, selectively turning it ON, OFF, or placing it into Hibernation/suspend state based on the policy. Additionally, infotainment system |

includes 4G/Wi-Fi module which helps the system to interact with the cell phone linked with it.

## Hardware architecture

As illustrated in the figure below, the Vehicle Microcontroller Unit (VMCU):

- Interfaces with the vehicle's native interface. For example, the Controller Area Network (CAN) bus.

- Controls the power of the app processor (AP), which handles infotainment, presuming the AP is powered by Android.

- Communicates to the AP through the data bus and general purpose I/O (GPIO) pins to inform activities such as state transitions.



**Figure 1.** Hardware blocks

https://source.android.com/docs/automotive/power



https://source.android.com/docs/automotive/power/power



| | Off | • No power is physically provided to the application processor (AP), memory, and peripherals. |
|---|---|---|
| OFF state | | |
| ON state | Wait for VHAL | • When the driver interacts with the vehicle (for example, by opening a door), the VMCU applies power to the AP, memory. and peripherals.<br>• AAOS transitions from one of three states (Off, Suspend-to-RAM (STR, Wait for VHAL to finish)) and then enters Wait for VHAL, where it awaits coordination with the VHAL. |
| | On | • The VHAL instructs the AAOS to enter the On state. In this state, AAOS is fully running and interacting with the driver.<br>• Display is controlled by the power policy and not by Android display On/Off calls for other form factors. |
| | Shutdown prepare | • When the driver has stopped driving, the VHAL instructs AAOS to enter Shutdown Prepare. In this state, the display and audio are off and the AAOS is not interacting with the driver. The Android system is still running and can update apps and the Android system. When updates (if any) are completed, the Android system enters Wait for VHAL Finish. |

https://source.android.com/docs/automotive/power/power_policy



https://source.android.com/docs/automotive/power/power_policy



https://source.android.com/docs/automotive/power/garage_mode



https://www.chrysler.com/uconnect/systems/2024/UBG.html



https://www.driveuconnect.com/faq.html#app

| | |
|---|---|
| | <br><br>https://www.driveuconnect.com/faq.html#app |
| a power management module commanding the control unit to enter the ON state in response to at least one of a vehicle ignition event, a vehicle running condition, an incoming wireless command signal, and | The accused product comprises a power management module (e.g., Vehicle Master Control Unit) commanding the control unit (e.g., infotainment system) to enter the ON state (e.g., Wait for VHAL and ON state) in response to at least one of a vehicle ignition event (e.g., remote engine start), a vehicle running condition, an incoming wireless command signal, and environmental stimuli.<br><br>As shown below, the accused product features an infotainment system. The system is managed by an application processor. As the user wakes the system, for example by remotely starting the engine, the system changes the state to wait for VHAL state and |

| environmental stimuli. | then subsequently to the ON state. |
| --- | --- |
| |  **Power management**<br><br>To support vehicle-specific power management, Android provides a `CarPowerManagementService` service and a `CarPowerManager` interface.<br><br>State transitions are triggered by the Vehicle Master Control Unit (VMCU). To communicate with the VMCU, integrators must implement several components. Integrators are responsible for integrating with the Vehicle hardware abstraction layer (VHAL) and the kernel implementation. Integrators are also responsible for disabling wake sources and ensuring that shutdowns aren't postponed indefinitely.<br><br>https://source.android.com/docs/automotive/power/power |



## Car power state machine

AAOS uses a *state machine* to represent the power state of the AP. The state machine provides the states illustrated below:

https://source.android.com/docs/automotive/power/power



| OFF state | Off | • No power is physically provided to the application processor (AP), memory, and peripherals. |
|---|---|---|
| ON state | Wait for VHAL | • When the driver interacts with the vehicle (for example, by opening a door), the VMCU applies power to the AP, memory. and peripherals.<br>• AAOS transitions from one of three states (Off, Suspend-to-RAM (STR, Wait for VHAL to finish)) and then enters Wait for VHAL, where it awaits coordination with the VHAL. |
| | On | • The VHAL instructs the AAOS to enter the On state. In this state, AAOS is fully running and interacting with the driver.<br>• Display is controlled by the power policy and not by Android display On/Off calls for other form factors. |
| | Shutdown prepare | • When the driver has stopped driving, the VHAL instructs AAOS to enter Shutdown Prepare. In this state, the display and audio are off and the AAOS is not interacting with the driver. The Android system is still running and can update apps and the Android system. When updates (if any) are completed, the Android system enters Wait for VHAL Finish. |

https://source.android.com/docs/automotive/power/power_policy



https://source.android.com/docs/automotive/power/power_policy

**suspend**

Also referred to as *Suspend-to-RAM* (S2R or STR). The SoC is placed into S3 power mode and the CPU is powered off while RAM remains powered on.

https://source.android.com/docs/automotive/power/power



https://source.android.com/docs/automotive/power/garage_mode

The integrator must disable the appropriate wake sources when the device is in suspend mode. Common wake sources include heartbeats, modem, Wi-Fi, and Bluetooth. The only valid wake source must be an interrupt from the VMCU to wake up the SoC. This assumes that the VMCU can listen to the modem for remote wakeup events (such as remote engine start). If this functionality is pushed to the AP, then another wake source to service the modem must be added.

https://source.android.com/docs/automotive/power/power



https://www.driveuconnect.com/faq.html#app



https://www.chrysler.com/uconnect/systems/2024/UBG.html



https://www.driveuconnect.com/faq.html#app

## Hardware architecture

As illustrated in the figure below, the Vehicle Microcontroller Unit (VMCU):

- Interfaces with the vehicle's native interface. For example, the Controller Area Network (CAN) bus.

- Controls the power of the app processor (AP), which handles infotainment, presuming the AP is powered by Android.

- Communicates to the AP through the data bus and general purpose I/O (GPIO) pins to inform activities such as state transitions.



**Figure 1.** Hardware blocks

https://source.android.com/docs/automotive/power